**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Freddy MEDINA–VALENCIA,**
**a.k.a. El Indio, Defendant–**
**Appellant.**

**No. 10–15752**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 26, 2011.

Yvette Rhodes, Christopher Francis Murray, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Cynthia Judith Hernandez, Tampa, FL, for Defendant–Appellant.

Jose Freddy Medina–Valencia, Yazoo City, MS, pro se.

Before EDMONDSON, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Cynthia Hernandez, appointed counsel for Jose Medina–Valencia, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Medina–Valencia, in response, has filed a motion seeking permission to proceed *in forma pauperis*, and to file a *pro se* brief. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Medina–Valencia's conviction and sentence is **AFFIRMED.**

Medina–Valencia's motion seeking permission to proceed *in forma pauperis*, and to file a *pro se* brief, is **DENIED** as moot.